# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE R. BANDY, JR.

NO. 2026 KW 0452

**JULY 13, 2026**

---

In Re: Wayne R. Bandy, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 533636.

---

**BEFORE: THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk's Office reflect that the district court denied relator's "motion to amend and modify" on January 22, 2026.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT